IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 08-cr-00026-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JOSEPH LOUIS RANDOLPH,

    Defendant.

---

## ORDER

---

Before the Court is Defendant's Motion for Magistrate Judge to Review Detention Order [filed May 20, 2008; docket #21]. Having reviewed and considered the motion, the Government's response and the record herein, it is hereby **ORDERED** that the motion is **denied**.

Dated at Denver, Colorado, this 27th day of May, 2008.

                      BY THE COURT:

                      s/ Michael E. Hegarty
                      Michael E. Hegarty
                      United States Magistrate Judge